5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:2:24-cr-20479<br>Judge: Michelson, Laurie J.<br>MJ: Grand, David R.<br>Filed: 08-28-2024 At 01:11 PM<br>INDI USA V KANYE LAMONT WOODS, ET AL (LG) |
| Plaintiff, | |
| v. | |
| D-1 KANYE LAMONT WOODS,<br>    a/k/a "Jalin Thomas Woods," | Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 922(o) |
| D-2 VICTOR MAURICE LINDSEY, | |
| Defendants.<br>_____/ | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1 KANYE LAMONT WOODS

On or about August 20, 2024, in the Eastern District of Michigan, the defendant, KANYE LAMONT WOODS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a

firearm, that is, one Glock, model 23, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
18 U.S.C. § 922(o)
*Illegal Possession of a Machinegun*

D-1 KANYE LAMONT WOODS

On or about August 20, 2024, in the Eastern District of Michigan, defendant, KANYE LAMONT WOODS, knowingly possessed a machinegun, that is one Glock, model 23, .40 caliber pistol with affixed machinegun conversion device, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

## COUNT THREE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-2 VICTOR MAURICE LINDSEY

On or about August 20, 2024, in the Eastern District of Michigan, the defendant, VICTOR MAURICE LINDSEY, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, firearms, that is:

2

- one Ruger, model 5.7, 5.7 caliber pistol;

- one Glock, 9mm pistol;

- one German Sport Guns, model GSG-16, .22LR caliber rifle;

- one Canik, model SFX Rival, 9mm pistol; and

- one Kalashnikov, model K12, 12-gauge shotgun,

in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The allegations contained in Counts One through Three of this Indictment are incorporated by reference to allege forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 922, the defendant, KANYE LAMONT WOODS and VICTOR MAURICE LINDSEY, shall forfeit to the United States any firearm and any ammunition involved in or used in any knowing violation of the offenses.

THIS IS A TRUE BILL.

*s/Grand Jury Foreperson*
Grand Jury Foreperson


DAWN N. ISON
UNITED STATES ATTORNEY


*s/Craig F. Wininger*
Craig F. Wininger
Chief, Violent and Organized Crime Unit


*s/Andrew R. Picek*
Andrew R. Picek
Assistant United States Attorney

Dated: August 28, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case: 2:24-cr-20479<br>Judge: Michelson, Laurie J.<br>MJ: Grand, David R.<br>Filed: 08-28-2024 At 01:11 PM<br>INDI USA V KANYE LAMONT WOODS, ET AL (LG) |
|---|---|---|
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp | | |

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes     ☒ No | AUSA's Initials: s/ AP |

**Case Title:** USA v. Kanye Lamont Woods, et al.

**County where offense occurred:** Wayne

**Check One:**     ☒ Felony     ☐ Misdemeanor     ☐ Petty

    ____ Indictment/____ Information --- **no** prior complaint.
    ✓ Indictment/____ Information --- based upon prior complaint [Case number: 24-30356, 24-30357 ]
    ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 28, 2024
Date

Andrew Picek
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9652
Fax:   313-226-9100
E-Mail address: Andrew.Picek@usdoj.gov
Attorney Bar #: OH0082121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.